03-00296
USDCRI
Smith

# United States Court of Appeals

## For the First Circuit

No. 04-1155

MANDATE

NARRAGANSETT INDIAN TRIBE,

Plaintiff, Appellant,

v.

STATE OF RHODE ISLAND AND
PROVIDENCE PLANTATIONS ET AL.,

Defendants, Appellees.

**JUDGMENT**

Entered: May 24, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's order granting the appellees' motion for summary judgment and denying the appellant's motion for summary judgment is affirmed.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 6/9/06

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[cc: Mr. Killoy, Mr. Luckerman, Mr. Kelly, Ms. Richards, Mr. Hodgkin, Mr. Larisa, Ms. Grant, Mr. Rey-Bear & Ms. Cave.]